IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EVANA MARTINEZ,

    Plaintiff,

v.                                                                                           No. 1:23-cv-00661-GJF-KK

HARTFORD INSURANCE COMPANY OF THE MIDWEST,

    Defendant.

## **STIPULATED ORDER TO STAY PROCEEDINGS**

THIS MATTER came before the Court on the Parties' Joint Motion for Stay of Proceedings (Doc. 8).  The Court, having reviewed the Motion and being fully advised in the premises, finds the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the Joint Motion for Stay of Proceedings is GRANTED, and all deadlines and proceedings are stayed for ninety (90) days from the date of this order.  The parties shall submit a report notifying the Court of the settlement status before the expiration of the stay.

_____
THE HONORABLE KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

Submitted:

**RILEY | KELLER | ALDERETE | GONZALES**

*/s/ Taryn M. Kaselonis*
Courtenay L. Keller
Taryn M. Kaselonis
3880 Osuna Road NE
Albuquerque, NM  87109
(505) 883-5030
ckeller@rileynmlaw.com
tkaselonis@rileynmlaw.com
*Attorneys for Hartford*

Approved:

**CALLENDER BOWLIN, PLLC**

*/s/ Lawrence A. VandenBout (via email 09/15/23)*
Lawrence A. VandenBout
1550 Wewatta St., Floor 2
Denver, CO  80202
(303) 221-9791
lawrence@cbtrial.com
*Attorneys for Plaintiff*